**RAVERT PLLC**
Gary O. Ravert
116 West 23 Street, Fifth Floor
New York, New York 10011
Tel: (646) 961-4770
Fax: (917) 677-5419
gravert@ravertpllc.com

**LAW OFFICES OF LALEH HAWA**
Laleh Hawa
574 Middle Neck Rd
Great Neck, New York 11023
Tel: (516) 829-5809
Fax: (516) 482-2767
laleh.hawa@hawalaw.com

*Attorneys for TD Capital Group LLC and 2064 Grand Concourse LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE FIRST UNION BAPTIST CHURCH OF THE BRONX,<br><br>   *Debtor*. | Chapter 11<br><br>Case No. 12-14099 (MEW) |
| THE FIRST UNION BAPTIST CHURCH OF THE BRONX,<br><br>   Plaintiff,<br><br>v.<br><br>TD CAPITAL GROUP LLC,<br>2064 GRAND CONCOURSE LLC,<br><br>   Defendants. | Adv. Pro. No. 16-01065 (MEW) |

**NOTICE OF APPEAL**

TO THE HONORABLE MICHAEL E. WILES,
UNITED STATES BANKRUPTCY JUDGE:

   TD Capital Group LLC and 2064 Grand Concourse LLC, by and through their

undersigned counsels, hereby appeal pursuant to 28 U.S.C. § 158(a), and Federal Rule of

Bankruptcy Procedure 8002(a)(2) (concerning notice of appeal from an announced decision but prior to entry of a final judgment or order), that final opinion in this chapter 11 case *In re: The First Union Baptist Church Of The Bronx,*, Chapter 11 Case No. 12-14099 (MEW), announced, signed and entered on August 4, 2017 at Docket No. 119 entitled "Memorandum Opinion" which Opinion was also entered in the associated adversary proceeding *The First Union Baptist Church Of The Bronx, Plaintiff, v. TD Capital Group LLC, 2064 Grand Concourse LLC*, Defendants, Adversary Proceeding No. 16-01065 (MEW) at Docket No. 23 announced, signed and entered on the same date as the Opinion in the main case.  The Opinion included rulings on matters in the main case and adversary proceeding.  This notice of appeal is from this Court's single Memorandum Opinion docketed in the two associated cases.

    The names of all parties to the order appealed from along with the addresses, and telephone numbers (to the extent known) of their respective attorneys are as follows:

**Appellant:**
TD Capital Group LLC and 2064 Grand Concourse LLC
15 Cuttermill Rd., Suite 226
Great Neck, NY 11021
Attn:  Nancy Bokhour
Tel: (516) 730-7000

**Counsel to Appellant:**
RAVERT PLLC
Gary O. Ravert (gravert@ravertpllc.com)
116 West 23 Street, Fifth Floor
New York, New York 10011
Tel: (646) 961-4770
Fax: (917) 677-5419

LAW OFFICES OF LALEH HAWA
Laleh Hawa (laleh.hawa@hawalaw.com)
574 Middle Neck Rd
Great Neck, New York 11023
Tel: (516) 829-5809
Fax: (516) 482-2767

**Debtor and Party to Order Appealed From:**
First Union Baptist Church of the Bronx
2064 Grand Concourse
Bronx, NY 10457
Tel:  (unknown)

**Counsel to Debtor:**
THE LEGAL AID SOCIETY
Seymour James (swjames@legal-aid.org)
Susan H. Chase (shchase@legal-aid.org)
230 East 106th Street
New York, New York 10029
Telephone: (212) 426-3000
Facsimile: (646) 616-9220

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
Andrew H. Elkin (aelkin@kasowitz.com)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Dated: New York, New York
       August 17, 2017                      **RAVERT PLLC**

                                            /s/Gary O. Ravert
                                            Gary O. Ravert
                                            116 West 23rd Street, 5th Floor
                                            New York, New York 10011
                                            Tel: (646) 961-4770
                                            Fax: (917) 677-5419
                                            gravert@ravertpllc.com

                                            and

                                            **LAW OFFICES OF LALEH HAWA**
                                            Laleh Hawa
                                            574 Middle Neck Rd
                                            Great Neck, New York 11023
                                            Tel: (516) 829-5809
                                            Fax: (516) 482-2767
                                            laleh.hawa@hawalaw.com

                                            *Co-counsel for TD Capital Group LLC and 2064
                                            Grand Concourse LLC*