# RAVERT PLLC

Gary O. Ravert
Attorney-at-Law
gravert@ravertpllc.com
(646) 961-4770

October 9, 2017

<u>Via Overnight Mail and ECF</u>

Hon. Katherine B. Forrest
United States District Judge
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Bankruptcy Appeal: Civ. Case Nos.: 17-cv-07199-KBF and 17-cv-07184-KBF, from** *In Re The First Union Baptist Church of Bronx*, **USBC-SDNY, 12-B-14099 (MEW) and Associated Bankruptcy Adversary Proceeding** *The First Union Baptist Church of Bronx, plaintiff, v. TD Capital Group LLC and 2064 Grand Concourse LLC, Defendants*, **Adv. Pro. 16-01065 (MEW).   <u>REQUEST TO DESIGNATE LEAD CASE FOR FILING PURPOSES</u>**

Dear Judge Forrest,

This firm represents Appellants TD Capital Group LLC and 2064 Grand Concourse LLC ("<u>Appellants</u>") in the above-referenced bankruptcy appeals.  Although there are two associated appeals with different case numbers (17-cv-07199-KBF and 17-cv-07184-KBF), Appellants appeal from only a single decision and order that was entered in both the main bankruptcy case, 12-14099 (MEW) and the associated adversary proceeding 16-01065 (MEW).  Appellants filed two notices of appeal because the underlying ruling was entered in both the main case and the adversary proceeding and, thus, felt obliged to appeal both.  The two appeals created two civil actions concerning appeal of a single ruling.  Appellants respectfully request that, to avoid confusion and duplicative filings, all filings concerning this appeal be made in a lead case to be designated by the Court, either 17-cv-07199-KBF and 17-cv-07184-KBF.

We thank your Honor for your considerations in this regard.

Respectfully,

/s/ Gary O. Ravert
Gary O. Ravert

Cc:     Via ECF and email: Appellant's Counsel

# 17-CV-07184 (KBF)

**UNITED STATES DISTRICT COURT**
*for the*
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

THE FIRST UNION BAPTIST CHURCH OF THE BRONX,

Debtor.

_____

TD CAPITAL GROUP LLC AND 2064 GRAND CONCOURSE LLC,

Appellants,

v.

THE FIRST UNION BAPTIST CHURCH OF THE BRONX,

Appellee.

_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CERTIFICATE OF SERVICE**

Dated:   October 9, 2017
         New York, New York

RAVERT PLLC

By: /s/ Gary O. Ravert
    Gary O. Ravert
    116 West 23 Street, Fifth Floor
    New York, New York 10011

    Tel: (646) 961-4770
    Fax: (917) 677-5419
    gravert@ravertpllc.com

    -and-

    LAW OFFICES OF LALEH HAWA
    Laleh Hawa
    574 Middle Neck Rd
    Great Neck, New York 11023
    Tel: (516) 829-5809
    Fax: (516) 482-2767
    laleh.hawa@hawalaw.com

*Attorneys for Appellants TD Capital Group LLC and 2064 Grand Concourse LLC*

### CERTIFICATE OF SERVICE

1. I, Gary O. Ravert, am not a party to the above-captioned action, am over 18 years of age, and reside in Brooklyn, New York.

2. On October 9, 2017, via email I served each of the recipients on the attached Service List below with a true and correct copy of the

- Letter to Hon. Katherine B. Forrest dated October 9, 2017.

Dated: October 9, 2017        RAVERT PLLC
    New York, New York

                           By: <u>Gary O. Ravert</u>

**SERVICE LIST**

Appellee's counsel:

David J. Abrams (dabrams@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com); Andrew Harry Elkin (aelkin@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com); Isaac Sasson (ISasson@kasowitz.com); Susan Chase (shchase@legal-aid.org); Emily Kuznick (EKuznick@kasowitz.com)